1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JUAN DE ARCOS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No. 5:24-po-00213-CDB

12         Plaintiff,                 **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER**

13  vs.

14  JUAN DE ARCOS,

15         Defendant.

16

17       Pursuant to Fed. R. Crim. P. 43(b)(2) and (3), Defendant Juan de Arcos, having been

18  advised of his right to be present at all stages of the proceedings, hereby requests that this Court

19  proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.

20  Defendant agrees that his interests shall be represented at all times by the presence of his

21  attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22  Defendant were personally present, and requests that this court allow his attorney-in-fact to

23  represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney

24  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

25  of his appearance at said time and place.

26       //

27       //

28       //

| | | |
|---|---|---|
| DATED: 9/3/2024 | | */s/ Juan de Arcos*<br>JUAN DE ARCOS<br>Defendant<br>(original on file) |
| DATED: 11/22/2024 | | */s/ Laura Myers*<br>LAURA MYERS<br>Attorney for Juan de Arcos |

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings except plea, trial, and sentencing, until further order.

IT IS SO ORDERED.

Dated:   **November 25, 2024**

UNITED STATES MAGISTRATE JUDGE

Rule 43 Waiver